**Order filed July 26, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00210-CV

_____

**O.C.T.G., L.L.P AND SOJOURN PARTNERS, L.L.C., Appellants**

**V.**

**LAGUNA TUBULAR PRODUCTS CORPORATION AND LTP REAL ESTATE, LLC, Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2013-44749**

---

## ORDER

The reporter's record in this case was due **April 15, 2016**. *See* Tex. R. App. P. 35.1. On June 14, 2016, this court ordered the court reporter to file the record within 30 days. On July 15, 2016, the official court reporter filed a request for extension of time to file the record. To date, no reporter's record has been filed. We deny the request and issue the following order.

We order **MyThuy Cieslar**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **MyThuy Cieslar** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Wise.